IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY SUMMERS, </br></br> Plaintiff, </br></br> v. </br></br> WILSON BANK AND TRUST, </br></br> Defendant. | Case No. 3:13-00771 </br> Chief Judge Haynes |

## ORDER

The initial case management conference is reset for **Monday, September 23, 2013 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___ day of August, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court